**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| JOY N. GARCIA, and JAVIER ALEJANDRO GARCIA QUIJANO, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:26-cv-02827-SHL-tmp |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs Joy N. Garcia and Javier Alejandro Garcia Quijano's Complaint, (ECF No. 1), filed July 9, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiffs' Notice of Voluntary Dismissal, (ECF No. 7), and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' claims in this matter are **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 10, 2026
Date